**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

SEP 19 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JESUS REYES MAYEN, AKA Jesus Reyes Mayen, AKA Jesus M. Reyes,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

No.    16-73231

Agency No. A092-188-556

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 12, 2018[**]

Before:    LEAVY, HAWKINS, and TALLMAN, Circuit Judges.

Jesus Reyes Mayen, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for adjustment of status. We

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

review de novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We dismiss in part and deny in part the petition for review.

Our jurisdiction to review the agency's discretionary decision to deny Reyes Mayen's application for adjustment of status is limited to colorable constitutional claims or questions of law. *See* 8 U.S.C. § 1252(a)(2)(B)(i). Contrary to Reyes Mayen's contentions, the agency applied the correct legal standards and considered all relevant factors in determining that he did not warrant a favorable exercise of discretion.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**